

# United States District Court
### Central District of California
## Office of the Clerk

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles
JUN 03 2022
Sherri R. Carter, Executive Officer/Clerk of Court

May 31, 2022

Superior Court of California, County of Los Angeles
111 N. Hill Street
Los Angeles, CA 90012

RECEIVED - CENTRAL
FAMILY LAW CLERK'S OFFICE
JUN 03 2022

FILED
CLERK, U.S. DISTRICT COURT
JUN 15 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

Re:  Case Number: ____2:22-cv-00024-MRW____
     Previously Superior Court Case No. ____21STCV41986____
     Case Name: ____Kenna Donora Porter v. Delta Airlines, Inc. et al____

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on ____May 31, 2022____, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS134
Los Angeles, CA 90012

Respectfully,

Clerk, U.S. District Court

By: __/s/ Veronica McKamie__
Deputy Clerk
(213) 894-0902

*Encls.*
*cc: Counsel of record*

---

Receipt is acknowledged of the documents described above.

Clerk, Superior Court

__6-3-22__
Date

By: __Natalie Osollo__
Deputy Clerk

G-17 (02/19)   LETTER OF TRANSMITTAL – REMAND TO SUPERIOR COURT